THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ROBLES, Appellant. [10 NYS3d 880]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Braun, J.), imposed July 31, 2012, upon his convictions of attempted murder in the first degree (three counts), attempted murder in the second degree (two counts), conspiracy in the second degree, conspiracy in the fourth degree, assault in the

first degree (six counts), burglary in the first degree (two counts), burglary in the second degree, and criminal possession of a weapon in the fourth degree (two counts), upon a jury verdict, the resentence being a period of five years of post-release supervision in addition to each of the determinate terms of imprisonment previously imposed by the same court on July 12, 2004.

Ordered that the resentence is affirmed.

Since the defendant was still serving his original sentence when the resentence was imposed, the resentence to terms including the statutorily required periods of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Kearney*, 116 AD3d 1064 [2014]; *People v Flowers*, 116 AD3d 710 [2014]). Dillon, J.P., Leventhal, Roman, Sgroi and Hinds-Radix, JJ., concur.